FILED07 JUL '22 11:35USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**Portland** DIVISION

<u>Cameron Alexander Moyle Stiles</u>
*(Enter full name of plaintiff)*

Plaintiff,

v.

<u>Andrew K. Young</u>
<u>Nina M. Cavalli-Singer</u>
<u>Vannak Kong</u>
*(Enter full name of ALL defendant(s))*
<u>UNKNOWN Defendant(s)</u>

Defendant(s).

Civil Case No. <u>3:22-CV-981-CL</u>
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
☒ Yes    ☐ No

## I. PARTIES

List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.

**Plaintiff**

Name: <u>Cameron Alexander Moyle Stiles</u>
Street Address: <u>P.O. Box 537</u>
City, State & Zip Code: <u>Burns, Oregon (Near 97720)</u>
Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

98670

**Defendant No. 1**   Name: Andrew K. Young
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 2**   Name: Mina M. Cavalli-Singer
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 3**   Name: Vannak Kong
Street Address: 421 SW 5th Ave MH unit 4th Floor
City, State & Zip Code: Portland, OR, 97204
Telephone No.: _____

**Defendant No. 4**   Name: UNKNOWN Defendant(s)
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

Complaint for Violation of Civil Rights (Prisoner Complaint)                2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

18USC241, 18USC242, 42USC1983, 42USC1985, 42USC1986, U.S. Const. Amend IX, the Right of Locomotion, 18USC31(6), International Covenant on Civil and Political Rights (AR 2200A)(1966),

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I was traveling in my clearly marked Noncommercial private Conveyance. Ofc. Young and his partner Ofc. Cavalli-Singer pull me over and accuse me of being a "Driver" or a "Motor Vehicle". I inform them that I am NOT a commercial "DRIVER" but a Noncommercial "Traveler", I do not wish to contract with them, they need to cease and desist and mind my place-card which reads "Without Prejudice NONCOMMERCIAL UCC 1-308" clearly marking my noncommercial status. Later that night he PITS my Cadillac w/o lights not sirens causing me to crash. I have suffered physical, financial and emotional injuries as a direct result of their unlawful attack and unlawful arrest under the color of law.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

In the above incident Minn M. Cavalli-Singer was an active accomplice in the Conspiracy to Interfere with and deprive

Complaint for Violation of Civil Rights (Prisoner Complaint)   3
[Rev. 01/2018]

me of my Rights under the color of law and assisted in the assault, Kidnapping and premeditated attempted aggravated Murder of my Sovereign, Human, Soul possessing, living, breathing, flesh and blood, Natural-person, Causing me physical, financial and emotional injuries. There are unknown parties complicit in the defendants' acts. This court has jurisdiction because these criminals willfully conspired to deprive me, a Natural-Man, born in the State of Oregon, protected Rights under color of law.

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

After the incident SUPRA Vannak Kong showed himself to be willfully, knowingly, and intentionally complicit in the conspiracy to interfere with and deprive me of protected Rights under color of law. I communicated to him the facts and that I had envoked the ICCPR. he then starts a criminal action against me and refused to report Mr. Young's and Ms Cavalli-Singer's unlawful actions. He is conspiring with members of the D.A. office, the Circuit court and the parole board to deprive me of and interfere with my protected Rights through the color of law. His actions caused and are continuing to cause physical, financial and emotional injuries.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)  4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

State <u>briefly</u> exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.

I am seeking a preliminary and permanent injunction ordering all known and unknown defendants to cease and desist in their all out assault on my Natural-person and on my protected Rights. I am seeking criminal and civil sanctions from all known and unknown defendants. I am seeking financial compensation from all known and unknown defendants for my physical, financial and emotional injuries stemming from this criminal conspiracy to commit pre-meditated aggravated attempted Murder, deprivation of rights, kidnapping, and many other crimes, under the color of law, of $600.00 per hour of my detention and $15,000,000 from each to be paid in 1 gram 14 Karat gold coins and 1 gram sterling silver coins.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of June, 2022.

Cameron-Alexander-Hayk Stiles, Bone, Sovereign, Human
(Signature of Plaintiff)
WITHOUT PREJUDICE, UCC 1-308

Complaint for Violation of Civil Rights (Prisoner Complaint)    5
[Rev. 01/2018]

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Stiles, Cameron, A.M.

**DEFENDANTS**
Young, Andrew, K.; Cavalli-Singer, Mina, M.; Kong, Vannack; Unknown Defendant(s)

**(b) County of Residence of First Listed Plaintiff** HARNEY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) Attorneys** *(Firm Name, Address, and Telephone Number)*
Pro Per Sui Juris In Propria Persona

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*          Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | PROPERTY RIGHTS | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / PERSONAL PROPERTY / [ ] 370 Other Fraud | LABOR | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 720 Labor/Management Relations | | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | SOCIAL SECURITY | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/ Exchange |
| | | [ ] 790 Other Labor Litigation | [ ] 862 Black Lung (923) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 791 Employee Retirement Income Security Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights / Habeas Corpus: | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment / [ ] 510 Motions to Vacate Sentence | | FEDERAL TAX SUITS | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty | IMMIGRATION | [ ] 871 IRS—Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / Other: [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education / [ ] 550 Civil Rights | [ ] 465 Other Immigration Actions | | |
| | [ ] 555 Prison Condition | | | |
| | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
18 USC 242: Deprivation of Rights under color of law
Brief description of cause:
I was Attacked, Kidnapped and used into involuntary servitude under color of law

**VII. REQUESTED IN COMPLAINT:**
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ UNKNOWN
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 6-30-22
SIGNATURE OF ATTORNEY OF RECORD
Cameron-Alexander-Moyle:Stiles, Bene Sovereign Human
WITHOUT PREJUDICE UCC 1-308

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____