UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CAMERON ALEXANDER MOYLE STILES,    Case No. 3:22-cv-00981-CL

    Plaintiff,    ORDER

  v.

ANDREW K. YOUNG *et al.*,

    Defendants.
_____

CLARKE, Magistrate Judge.

    Plaintiff, a self-represented litigant, brings this civil rights action pursuant to 42 U.S.C. § 1983 ("Section 1983"), alleging that Defendants are involved in a conspiracy to violate his civil rights in connection with an allegedly illegal traffic stop and arrest.

    It is unclear from the Court's review of the complaint whether Plaintiff presently is in custody or if he was in custody at the time of filing. Although he submitted a form complaint labeled "Complaint for Violation of Civil Rights (Prisoner Complaint)," Plaintiff lists a post office box in Burns, Oregon as his current address and does not include any information in the

1 – ORDER

complaint concerning if and where he is or was in custody. Petitioner's custody status is important as the Court is statutorily required to screen complaints by individuals in custody. *See* 28 U.S.C. § 1915A(b) (instructing that in an action initiated by an individual in custody seeking redress from a governmental entity or official, "the court shall identify cognizable claims or dismiss the plaint, or any portion of the complaint, if the complaint . . . (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or (ii) seeks monetary relief from a defendant who is immune from such relief").

The Court thus ORDERS Plaintiff to inform the Court, in writing, whether he was in custody when he filed his complaint and, if so, where, within thirty days from the date of this Order. Plaintiff is cautioned that if he does not respond to the Court's Order within thirty days, this action will be dismissed.

IT IS SO ORDERED.

DATED this 27 day of September, 2022.

_____
MARK D. CLARKE
United States Magistrate Judge

2 – ORDER