FILED 22 OCT 18 11:03 USDC-ORM

# United States District Court
# District of Oregon

| | |
|---|---|
| Cameron-Alexander-Moyle: Stiles, Human, Bene.  { | Case No.   3:22-cv-00981-CL |
| Plaintiff,                                     { | |
|                                                { | Response for |
|                                                { | Magistrate Judge. Clarke |
| Andrew K. Young et al.                         { | |
| Defendants,                                    { | |

## Statement of context:

Clarification of custody status at time of filing complaint.

## Response:

    I, Cameron-Alexander-Moyle: Stiles, Human, Bene., do swear that at the time of filing my complaint, requesting a preliminary injunction, I was being held on a PO hold at Multnomah County Detention Center in downtown Portland Oregon, by the Multnomah County Sheriff's office and that I was released on 7-25-22. However, I intentionally listed the "post office box in Burns, Oregon" solely for the purpose of expedience as I knew that I was to be released on said date.

    It does well to inform this court that I am not out on bond and that I never was arraigned nor was I ever held on the initial "charges." The court dissimulated arraignment hearings, refusing to inform me of the nature and cause of the accusations as they must. Simply, this was a stall tactic to buy time to bring forth a new round of charges which would be less likely to expose the criminal misconduct on the part of the arresting officers. The pretended arraignment setting forth the charges that I am now facing took place about 2 months after my arrest, in clear violation of ORS 133.060, which requires arraignment to take place within 96 hours of arrest. Even so, this was another foe arraignment hearing in which the court together with the other officials directly defrauded me of my 6th Amendment rights, thereby perpetrating fraud against the court. Again, I have not been released on bond throughout this entire process, this includes this second round of charges. I believe that these facts are unusual to such a degree that they required an explanation so that this court can understand the broader circumstances of my release. As well, I believe these facts are very relevant with regard

to the affirming the merit of my petition.

By: *Cameron-Alexander-Mayle :Stiles, Bene. Human*
Without Prejudice UCC 1-308

Dated: this **11** day of October 2022